# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

GLENNESE SCOTT                                                                                      PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:17-CV-00191-CWR-LRA

AJFC COMMUNITY ACTION AGENCY, INC.;
and JOHN DOES (1-10)                                                                              DEFENDANTS

## NOTICE OF DEPOSITION OF
## BRENDA HOWARD

PLEASE TAKE NOTICE that the Defendant, AJFC Community Action Agency, Inc. ("AJFC"), by and through counsel and pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, will take the deposition of BRENDA HOWARD on Friday, July 20, 2018, at 10:00 a.m., or soon thereafter, at the headquarters of AJFC Community Action Agency, Inc., 1038 N. Union Street, Natchez, Mississippi 39120, to give testimony in the presence of a court reporter and pursuant to the applicable rules of civil procedure.

This deposition will continue from day to day until complete. You are invited to attend and participate.

**RESPECTFULLY SUBMITTED**, this the 16th day of July, 2018.

**AJFC COMMUNITY ACTION AGENCY, INC.**

By: /s/ Carmen Brooks Drake
Carmen Brooks Drake (MSB #10626)
P0st Office Box 448
Natchez, Mississippi 39121-0448
601-442-7200 (v)
601-442-0606 (f)

**Attorney for Defendant**

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day filed the foregoing pleading with the Clerk of the Court using the ECF system, which sent notification of the filing to the following:

>William C. Ivison, Esq. (wivison@adcockandmorrison.com)
>ADCOCK & MORRISON, PLLC
>Post Office Box 3308
>Ridgeland, Mississippi 39158

and I hereby certify that I have this day mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing document to the following: None.

**SO CERTIFIED, THIS** the 16th day of July, 2018.

 /s/ Carmen Brooks Drake
Carmen Brooks Drake (MSB #104213)