IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI NORTHERN DIVISION

GLENNESE SCOTT                                                          PLAINTIFF

CIVIL ACTION NO. 3:17-CV-00191-CWR-LRA

AJFC COMMUNITY ACTION AGENCY, INC.;
and JOHN DOES (1-10)                                                    DEFENDANTS

ENTRY OF APPEARANCE

To:   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for AJFC Community Action Agency, Inc.

Date: February 5, 2019             By:   /s/ Anthony A. Heidelberg
                                         Anthony A. Heidelberg (MSB #101302)
                                         55 Sgt. Prentiss Drive, Suite 101
                                         Natchez, Mississippi 39120
                                         601-445-8090 (v)
                                         601-445-6010 (f)

                                         **Attorney for Defendant**